BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
FEB 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-CR-0031 AWI DLB |
| Plaintiff, ) | ORDER TO UNSEAL INDICTMENT AND WARRANT OF ARREST |
| v. ) | |
| PIERSHA WOOLRIDGE, ) YVETTE AUGUST, ) KIM GRAY, and ) KEITH WOOLRIDGE ) | |
| DEFENDANTS. ) | |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. On February 2, 2012, the indictment and warrants of arrest were sealed as to Piersha Woolridge, Yvette August, Kim Gray and Keith Woolridge. It appearing that the indictment and warrants of arrest no longer need remain secret for any of the defendants, it is HEREBY ORDERED that the indictment and warrants be unsealed and made public record for Piersha Woolridge, Yvette August, Kim Gray and Keith Woolridge.

Dated: February 14, 2012

U.S. Magistrate Judge

1