1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 498-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6   United States of America

7

8

9
                IN THE UNITED STATES DISTRICT COURT FOR THE
10
                       EASTERN DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA,     )  No. 1:12-cr-00031-AWI-DLB
13                               )
            Plaintiff,           )  STIPULATION AND
14                               )  PROTECTIVE ORDER BETWEEN THE
        v.                       )  UNITED STATES AND NAMED
15                               )  DEFENDANTS
   PIERSHA WOOLRIDGE,            )
16 YVETTE AUGUST,                )
   KIM GRAY,                     )
17 KEITH WOOLRIDGE,              )
                                 )
18          Defendants.          )
                                 )
19                               )
                                 )
20 _____ )

21
        WHEREAS, the discovery in this case is voluminous and contains
22
   a large amount of personal information including but not limited to
23
   Social Security numbers, dates of birth, driver's license numbers,
24
   bank account numbers, telephone numbers, and residential addresses
25
   ("Protected Information"); and
26
        WHEREAS, the parties desire to avoid both the necessity of
27
   large scale redactions and the unauthorized disclosure or
28

                                   1

dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant PIERSHA WOOLRIDGE, YVETTE AUGUST, KIM GRAY, KEITH WOOLRIDGE,, by and through their counsel of record ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agree not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit each defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendants to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendants with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in

1 connection with the litigation of this case and for no other
2 purpose. The discovery is now and will forever remain the property
3 of the United States Government. Defense Counsel will return the
4 discovery to the Government or certify that it has been shredded at
5 the conclusion of the case.

6     5. Defense Counsel will store the discovery in a secure place
7 and will use reasonable care to ensure that it is not disclosed to
8 third persons in violation of this agreement.

9     6. Defense Counsel shall be responsible for advising his
10 respective defendant, employees, and other members of the defense
11 team, and defense witnesses of the contents of this
12 Stipulation and Order.

13     7. In the event that a defendant substitutes counsel,
14 undersigned Defense Counsel agrees to withhold discovery from new
15 counsel unless and until substituted counsel agrees also to be bound
16 by this Order.

17     IT IS SO STIPULATED.

DATED: February 28, 2012    By:   /s/ Gary Huss
                                                    GARY HUSS
                                                    ATTORNEY FOR DEFENDANT
                                                   PIERSHA WOOLRIDGE

DATED: February 23, 2012    By:   /s/ Katherine L. Hart
                                                    KATHERINE L. HART
                                                   ATTORNEY FOR DEFENDANT
                                                   YVETTE AUGUST

DATED: February 23, 2012    By:   /s/ E. Marshall Hodgkins
                                                   E. MARSHALL HODGKINS
                                                   ATTORNEY FOR DEFENDANT
                                                   KIM GRAY

| | | | |
|---|---|---|---|
| DATED: February 27, 2012 | By: | /s/ James R. Homola | |

JAMES R. HOMOLA
ATTORNEY FOR DEFENDANT
KEITH WOOLRIDGE

DATED: February 27, 2012                    BENJAMIN B. WAGNER
                                            United States Attorney

                                    By:    /s/ Mark J. McKeon
                                            MARK J. McKEON
                                            Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   February 28, 2012**                    **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

4