```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 559-4000
   Facsimile: (559) 559-4099
5
6  Attorneys for the
     United States of America
7
8
9            IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00031-AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING OF YVETTE MAURA AUGUST; ORDER THEREON |
| v. | |
| YVETTE MAURA AUGUST, | DATE: September 16, 2013<br>TIME: 10:00 a.m. |
| Defendant. | CTRM: HON. ANTHONY W. ISHII |

The parties, by and through their undersigned counsel, agree that the court may continue the sentencing for defendant YVETTE MAURA AUGUST from September 9, 2013, until **September 16, 2013, at 10:00 a.m.** The reason for this request is that counsel

//
//
//
//
//
//
//

Stipulation to Continue Sentencing
of Yvette August

1

for the government will be out of the district on the currently scheduled sentencing date.

Dated: September 3, 2013
BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Mark J. McKeon
MARK J. MCKEON
Assistant U.S. Attorney

Dated: September 3, 2013
/s/ Katherine Hart
KATHERINE HART
COUNSEL FOR DEFENDANT

**ORDER**

IT IS SO ORDERED.

Dated:   September 3, 2013

_____
SENIOR DISTRICT JUDGE