BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00031-AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING OF KIM GRAY; ORDER THERON |
| v. | |
| KIM GRAY, | DATE: September 16, 2013<br>TIME: 10:00 a.m. |
| Defendant. | CTRM: HON. ANTHONY W. ISHII |

The parties, by and through their undersigned counsel, agree that the court may continue the sentencing for defendant KIM GRAY from September 9, 2013, until **September 16, 2013, at 10:00 a.m.** The reason for this request is that counsel

//
//
//
//
//
//
//

Stipulation to Continue Sentencing
of Kim Gray

1

for the government will be out of the district on the currently scheduled sentencing date.

Dated: September 3, 2013         BENJAMIN B. WAGNER
                                 United States Attorney


                          By:    /s/ Mark J. McKeon
                                 MARK J. MCKEON
                                 Assistant U.S. Attorney


Dated: September 3, 2013         /s/ E. Marshall Hodgkins
                                 E. MARSHALL HODGKINS
                                 COUNSEL FOR DEFENDANT


**ORDER**

IT IS SO ORDERED.

Dated:  September 3, 2013        _____
                                 SENIOR DISTRICT JUDGE

Stipulation to Continue Sentencing of Kim Gray

2