1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,              CASE NO.  1:12-CR-00031-AWI-BAM
11
                         Plaintiff,       ORDER FOR FORFEITURE MONEY
12                                        JUDGMENT
                  v.
13
   YVETTE MAURA AUGUST,
14
                         Defendant.
15

16
         Based upon the United States' Application for Forfeiture Money Judgment and the
17
   plea agreement entered into between plaintiff United States of America and defendant
18
   Yvette Maura August,
19
         IT IS HEREBY ORDERED that
20
         1.     Defendant Yvette Maura August shall forfeit to the United States $246,303,
21
   and the Court imposes a personal forfeiture money judgment against the defendant in
22
   that amount.
23
         2.     Any funds applied towards such judgment shall be forfeited to the United
24
   States of America and disposed of as provided for by law.  Prior to the imposition of
25
   sentence, any funds delivered to the United States to satisfy the personal money judgment
26
   shall be seized and held by the United States Marshals Service, in its secure custody and
27
   control.
28

   Order for Forfeiture Money Judgment          1

1       3.     This Order of Forfeiture shall become final as to the defendant at the time of

2 sentencing and shall be made part of the sentence and included in the judgment.

3 4.     The United States may, at any time, move pursuant to Rule 32.2(e) to amend this

4 Order of Forfeiture to substitute property having a value not to exceed $246,303 to satisfy

5 the money judgment in whole or in part.

6

7

8 IT IS SO ORDERED.

9 Dated:   September 16, 2013      _____

10                          SENIOR DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order for Forfeiture Money Judgment    2