```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. MCKEON
    GRANT B. RABENN
 3  Assistant United States Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559) 559-4000
 5  Facsimile: (559) 559-4099

 6  Attorneys for the
      United States of America
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00031-AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING OF PIERSHA WOOLRIDGE; ORDER THERON |
| v. | |
| PIERSHA WOOLRIDGE, | DATE: November 12, 2013 |
| | TIME: 10:00 a.m. |
| Defendant. | CTRM: HON. ANTHONY W. ISHII |

The parties, by and through their undersigned counsel, agree that the court may continue the sentencing for defendant PIERSHA WOOLRIDGE from September 23, 2013, until **November 12,**

//
//
//
//
//
//
//
//

Stipulation to Continue Sentencing
of Piersha Woolridge

1

**2013, at 10:00 a.m.** The reason for this request is that counsel needs to complete further investigation before the sentencing.

```
Dated: September 17, 2013          BENJAMIN B. WAGNER
                                   United States Attorney


                             By:    /s/ Mark J. McKeon
                                   MARK J. MCKEON
                                   Assistant U.S. Attorney


Dated: September 17, 2013           /s/ Gary Huss
                                   GARY HUSS
                                   COUNSEL FOR DEFENDANT
```

**ORDER**

IT IS SO ORDERED.

Dated: September 18, 2013          _____
                                   SENIOR DISTRICT JUDGE